FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 19 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

MICHAEL SCOTT,

         Plaintiff,

v.

UNITED STATES,

         Defendant.

CASE NO.: 3:13-CV-00560-RCJ-WGC

ORDER

The Court has considered the Report and Recommendation of United States Magistrate (ECF #3) entered on October 30, 2013, in which the Magistrate Judge recommends that the Court deny Plaintiff's Application to Proceed *in Forma Pauperis* (ECF #1) and the complaint be dismissed with prejudice. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #3).

IT IS HEREBY ORDERED that Plaintiff's Application to Proceed *In Forma Pauperis* (ECF #1) is DENIED.

IT IS FURTHER ORDERED that the Complaint is DISMISSED with PREJUDICE. The Clerk shall close this case.

IT IS SO ORDERED this 19th day of November, 2013.

_____
ROBERT C. JONES
UNITED STATES CHIEF DISTRICT JUDGE